868

No. 5487. PRUNEDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 5493. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 5502. PLASCENCIA-PLASCENCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5503. COOPER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 5508. McKINNON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 5509. LAUCHLI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 158. ELLIS ET AL., TRUSTEES v. MDG SUPPLY, INC. Sup. Ct. Hawaii. Motion to dispense with printing petition granted. Certiorari denied.

No. 215. GREYHOUND LINES, INC. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SHASTA (CHISEFSKI ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 3d App. Dist. Motion of National Association of Motor Bus Owners for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 265. NATIONAL LABOR RELATIONS BOARD v. CLARK'S GAMBLE CORP., DBA CLARK'S DISCOUNT DEPARTMENT STORE, ET AL. C. A. 6th Cir. Motion to use record in No. 439, October Term, 1969, granted. Certiorari denied. MR. JUSTICE BLACK, MR. JUSTICE WHITE, and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be granted.